FILED
MAY - 8 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kareemah Bell-Boston,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>Ann Taylor Company,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No.  08 0790<br>)<br>)<br>)<br>)<br>) |

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack of subject-matter jurisdiction.

The subject-matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff, a resident of Landover, Maryland, sues the Ann Taylor Company located at the Chevy Chase Pavilion Mall on Wisconsin Avenue, N.W., in the District of Columbia. As to the only named defendant, plaintiff alleges that when she asked for an employment application, the "Manager informed me that she needed to ask me a few questions in order to proceed with the interviewing process." Compl. at 1. After answering the questions, plaintiff alleges that she "walked away and asked a couple of customers inside the retail store if they could spare any change." *Id.* at 1-2. Plaintiff suggests that she was discriminated against only because she "was

wearing clothing that had been donated to the "'Madison' House of Ruth shelter." *Id.* at 1. The complaint does not allege a violation of either the Constitution or federal law nor does it provide a basis for diversity jurisdiction inasmuch as plaintiff has not demanded any amount of monetary damages. Accordingly, the complaint will be dismissed by separate Order issued contemporaneously.

Date: April 24, 2008

Royce C. Lamberth
United States District Judge