UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY - 8 2008
Clerk, U.S. District and
Bankruptcy Courts

Kareemah Bell-Boston, )
)
    Plaintiff, )
)
v. ) Civil Action No. 08 0790
)
Ann Taylor Company, )
)
    Defendant. )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 29th day of April 2008,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice for lack of subject-matter jurisdiction.

/s/ Royce C. Lamberth
United States District Judge